IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM CARTER, | CASE NO. 5:14-cv-02009 EJD |
| Plaintiff(s), | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| SANTA CLARA COUNTY BOARD OF SUPERVISORS, et. al., | |
| Defendant(s). | |

Having reviewed the parties Joint Case Management Conference Statement (Docket Item No. 27), the court finds that a scheduling conference is premature at this time. Accordingly, the Case Management Conference scheduled for September 5, 2014, is CONTINUED to **10:00 a.m. on February 20, 2015.** The parties shall file an updated Joint Case Management Conference Statement on or before **February 13, 2015.**

In addition, the court notes that Plaintiff filed an Amended Complaint on August 7, 2014 (Docket Item No. 11), and that Defendants have filed new motions to dismiss directed at that pleading. Accordingly, the motions to dismiss filed prior to the filing of the Amended Complaint (Docket Item Nos. 9, 10) are TERMINATED.

**IT IS SO ORDERED.**

Dated: September 2, 2014

EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:14-cv-02009 EJD
ORDER CONTINUING CASE MANAGEMENT CONFERENCE

**United States District Court**
For the Northern District of California

1
2       UNITED STATES DISTRICT COURT
3              FOR THE
4       NORTHERN DISTRICT OF CALIFORNIA

5  WILLIAM CARTER,                                 Case Number: CV14-02009 EJD

6           Plaintiff,

7     v.                                           **CERTIFICATE OF SERVICE**

8  SANTA CLARA COUNTY BOARD OF
   SUPERVISORS ET AL et al,

9

10          Defendant.
11                                              /

12  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.
13

14

15  That on September 2, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.
16

17  William Carter

18  3231 Waterfall Way

19  San Leandro, CA 94578

20

21  Dated: September 2, 2014

22                                          Richard W. Wieking, Clerk

23                                          /s/ By: Elizabeth Garcia, Deputy Clerk

24
25
26
27
28

2