UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM CARTER,<br><br>    Plaintiff,<br><br>    v.<br><br>SANTA CLARA COUNTY BOARD OF SUPERVISORS, et al.,<br><br>    Defendants. | Case No. 5:14-cv-02009 EJD<br><br>**ORDER DENYING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. No. 44 |

The document filed by Plaintiff William Carter on February 12, 2015 (Docket Item No. 44) has been construed as a motion under Civil Local Rule 7-9(a) for leave to file a motion for reconsideration of the dismissal order filed on January 5, 2015. As so construed, the motion is DENIED.

**IT IS SO ORDERED.**

Dated: February 17, 2015

                                              EDWARD J. DAVILA
                                              United States District Judge